**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-630**

———————————

In Re: LINDSAY CRAWFORD,

                                        Petitioner.


———————————

On Petition for Writ of Mandamus.
(CA-97-148-3-V, CR-94-41-V)

———————————

Submitted:  January 21, 1999      Decided:  February 5, 1999

———————————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Lindsay Crawford, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

On August 31, 1998, Lindsay Crawford filed this petition for writ of mandamus seeking to have this court direct the district court to act on Crawford's motion filed pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). The district court entered an order in the § 2255 proceeding on May 22, 1998. Finding no unreasonable delay, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2